UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Chaile Steinberg, derivatively on behalf of
JPMorgan Chase & Co.,

                Plaintiff,              14 **CIVIL** 688 (PAC)

      -against-                     **JUDGMENT**

James Dimon, Ellen V. Futter, James S. Crown,
David M. Cote, James A. Bell, Crandall C.
Bowles, Laban P. Jackson Jr., William
H. Gray III, David C. Novak, Stephen B. Burke,
Lee R. Raymond, William C. Weldon,
Douglas L. Braunstein, Michael J. Cavanagh,
and Ina R. Drew,

                Defendants,

      -and-

JPMorgan Chase & Co.,

                Nominal Defendant.
------------------------------------------------------------X

      Defendants having moved to dismiss (Doc. #12) because the Complaint fails to allege with particularity facts sufficient to excuse Plaintiff's failure to make demand upon the Board prior to filing the derivative action, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 16, 2014, having rendered its Opinion & Order (Doc. #21) accordingly, Plaintiff has failed to plead particularized facts that create a reasonable doubt that a majority of the Board could have exercised disinterested and independent business judgment in considering demand, and Plaintiff's failure to make demand is not excused.  The Court therefore grants Defendants' motion to dismiss the Complaint and directing the Clerk of Court to enter judgment and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 16, 2014, Plaintiff has failed to plead particularized facts that

create a reasonable doubt that a majority of the Board could have exercised disinterested and independent business judgment in considering demand, and Plaintiff's failure to make demand is not excused. The Court therefore grants Defendants' motion to dismiss the Complaint; accordingly, the case is closed.

**Dated:** New York, New York
July 23, 2014

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

**BY:**    *K. Mango*

                                        **Deputy Clerk**